ORIGINAL

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

_____ Priority
__X__ Send
_____ Clsd
=====Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

Case No:  **CR99-1007-LGB**                    Date:  **October 21, 2002**

PRESENT:  HONORABLE LOURDES G. BAIRD, JUDGE

| Catherine M. Jeang | Mark Schweitzer | Alka Sagar |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U. S. Attorney |

U.S.A. vs (Dfts listed below)          Attorneys for Defendants

1)   **TIMOTHY LOVELL ANDERSON**          1) **BRIAN NEWMAN**
     _X_ PRESENT  _X_ CITATION              _X_ PRESENT  _X_ APPOINTED

PROCEEDINGS:    HEARING RE PRELIMINARY REVOCATION OF SUPERVISED RELEASE
HEARING RE PRELIMINARY REVOCATION OF SUPERVISED RELEASE

Hearing held and counsel are present. United States Probation Officer Randall
Limbach is also present in Court.  The Court confers with counsel.

The Court confers with counsel and defendant regarding the petition filed
October 18, 2002.

The defendant states that his true name is as charged and is advised of the
petition as stated above.  The allegations are read to the defendant, and the
defendant is sworn.

The defendant is questioned by the Court and advised of his Constitutional
Rights.  The defendant admits violation of his supervised release as stated in
the petition filed October 18, 2002.

After conferring with counsel, the Court continues this matter to **November 18,
2002 at 3:00 P.M.**





cc:  Randall Limbach, U.S. Probation

MINUTES FORM 6                         Deputy Clerk Initials _____
CRIM - GEN