*CASE TERMED*

FILED
CLERK, U.S. DISTRICT COURT
MAR - 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff(s), v. ERIK DAMON BOYD, Defendant(s). | CASE NUMBER CR 99-1007-LGB  NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER |
|---|---|

TO:    ALL COUNSEL APPEARING OF RECORD:

The Judge to whom the above-entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that in accordance with the rules of this Court, the above-entitled case is hereby returned to the Clerk for random reassignment. The case has been randomly reassigned to the Honorable ALICEMARIE H. STOTLER, U.S. District Judge, for all further proceedings.

Please substitute the initials of the newly assigned Judge so that the new case number will read:

CR 99-1007-AHS. This is very important because documents are routed by the initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the

☐ Western   ☑ Southern   ☐ Eastern Division.

**Subsequent documents must be filed at the   ☐ Western   ☑ Southern   ☐ Eastern Division.**

**Failure to file at the proper location will result in your documents being returned to you.**

CLERK U.S. DISTRICT COURT

By _____
T. Saunders, Deputy Clerk

G-74 (7/03)    NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER

3/6/07